230 F.2d 955
 Robert E. PRIEST et al.
v.
SHELL OIL COMPANY, a Corporation et al.
SHELL OIL COMPANY, a Corporation, et al.
v.
Robert E. PRIEST et al.
 No. 5187.
 No. 5188.
 United States Court of Appeals Tenth Circuit.
 August 16, 1955.
 
 Appeal and cross-appeal from the United States District Court for the District of New Mexico.
 Robert C. Dow, Lovington, N. M., and James L. Dow, Carlsbad, N. M., for appellants and cross-appellees.
 Grantham, Spann & Sanchez, Albuquerque, N. M., William R. Federici and A. K. Montgomery, Santa Fe, N. M., and Paxton Howard and Richard L. Hughston, Midland, Tex., for appellees and cross-appellants.
 PHILLIPS, Chief Judge.
 
 
 1
 Dismissed per stipulation.